Commonwealth *v.* Burrier, Appellant.

Before PODCASY, J., without a jury.

Submitted September 17, 1974. *Peter J. Webby,* Assistant Public Defender, for appellant; *William R. Keller,* Assistant District Attorney, *Jerome L. Cohen,* First Assistant District Attorney, and *Patrick J. Toole, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Butler, Appellant.

Before DOTY, J.

Submitted September 9, 1974. *Lee Mandell,* for appellant; *Paul J. Sullivan, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.